**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
DAVID HUBBARD,

             Plaintiff,

             -against-

LONG ISLAND RAILROAD COMPANY,

             Defendant.

------------------------------------------------------------x

22-CV-9655 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties shall file a joint settlement status letter by **April 28, 2023**.

If the parties believe that further settlement discussions with the Court may prove productive, they shall include in their joint letter proposed dates for a second Pre-Settlement Conference Call in May 2023.

      **SO ORDERED.**

Dated: January 11, 2023
       New York, New York

       _s/ Ona T. Wang_
       **Ona T. Wang**
       United States Magistrate Judge